

# NUMBER 13-21-00164-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **DON LEE ROSALEZ,** | **Appellant,** |
| **v.** | |
| **THE STATE OF TEXAS,** | **Appellee.** |

### On appeal from the 36th District Court
### of San Patricio County, Texas.

# ORDER

### Before Justices Longoria, Hinojosa, and Silva
### Order Per Curiam

This cause is before the Court on appellant's third motion for extension of time to file the brief. Appellant's brief was originally due to be filed on October 27, 2021. Appellant has been granted two extensions and now requests an additional sixty days.

The Court, having fully examined and considered appellant's third request for extension of time to file the brief and the extensions previously granted in this cause, is

of the opinion that, in the interest of justice, appellant's motion for extension of time to file the brief should be granted with order. Further motions for extension of time will not be granted absent new and exigent circumstances.

Appellant's third motion for extension of time to file the brief is hereby granted, and the Honorable Sandra Eastwood, counsel for appellant, is hereby ordered to file the appellate brief with this Court on or before April 26, 2022.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
9th day of March, 2022.